# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

EVER ORESTER CHAVARRIA CACEROS ,

        v.

WARDEN ,

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:26–CV–02166–DC–AC**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

    **IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 03/25/26 .**

ENTERED:   **March 25, 2026**       _/s/_  **Keith Holland**

                          Clerk of Court